**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WOLVERINE BANCORP, INC., RICHARD M. REYNOLDS, ROBERTA N. ARNOLD, ERIC P. BLACKHURST, JAMES W. FISHER, HOWARD I. UNGERLEIDER, DAVID H. DUNN, JOSEPH DONALD SHEETS, JOSEPH M. VANDERKELEN, and HORIZON BANCORP, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Case No. 1:17-cv-02565-RDB |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 5, 2017

**LEVI & KORSINSKY LLP**

By: */s/ Donald J. Enright*
Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street, N.W., Suite 115
Washington, DC 20007
T: (202) 524-4290
F: (202) 333-2121

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
T: (302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
T: (484) 324-6800